No. 93–968. IVERSON v. WEEKS ET AL. Ct. App. Ore. Certiorari denied.

No. 93–972. FIGUEROA ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–978. KOFF ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–982. VIERRETHER v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 93–996. IN RE HOLLOWAY. C. A. D. C. Cir. Certiorari denied.

No. 93–1013. CITY OF LOS ANGELES v. TOPANGA PRESS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1023. BARTH v. DUFFY, DIRECTOR, UNITED STATES INFORMATION AGENCY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–1054. CONFECCIONES ZUNY LTDA. ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–1057. CLEWIS ET AL. v. KRIVANEK, HILLSBOROUGH COUNTY SUPERVISOR OF ELECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 93–1127. WHITE MOUNTAIN APACHE TRIBE OF ARIZONA v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 93–1145. FILIOS ET AL. v. MASSACHUSETTS COMMISSIONER OF REVENUE. Sup. Jud. Ct. Mass. Certiorari denied.

No. 93–1156. HALEY ET AL. v. COMMISSIONER OF INTERNAL REVENUE ET AL. (two cases). C. A. 9th Cir. Certiorari denied.

No. 93–1163. HOUSE OF RAEFORD FARMS, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied.